USA-74-24B
(Rev. 05/01)

GALVESTON DIVISION

USAO Number: 2016R16306

Magistrate Number:

CRIMINAL INDICTMENT

CRIMINAL DOCKET   G 16   17

United States Courts
Southern District of Texas
FILED

NOV 09 2016

Filed David J. Bradley, Clerk of Court   Judge: Hanks

UNITED STATES of AMERICA
VS.

ATTORNEYS:

KENNETH MAGIDSON, USA   (713) 567-9000

Sherri Zack, AUSA   (713) 567-9000

| Defendant | Appt'd | Private |
|---|---|---|
| DEADRIAN QUINCY MORRISON AKA SKRAP (Cts. 1 - 6) | ☐ | ☐ |
| PATRICIA MADISON COPE AKA MADDY (Cts. 1 - 6) | ☐ | ☐ |
| MALIK ANTOINE BROWN AKA LEEK (Cts. 1 & 5) | ☐ | ☐ |
| LINCOLN DEWAYNE HUSSEY (Cts. 1 - 4) | ☐ | ☐ |
|  | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 6 )

Ct. 1: Conspiracy to Commit Sex Trafficking [18 USC § 1594(c), 1591(a)(1), (b)(1) and (b)(2)]

Cts. 2, 4 & 6: Sex Trafficking of Minors/Force Fraud or Coercion [18 USC § 1591(a)(1) and (a)(2), (b)(1) and (b)(2)]

Cts. 3 & 5: Sex Trafficking of Minors [18 USC § 1591(a)(1) and (a)(2), and (b)(2)]

PENALTY:

Ct. 1: Between 0 years and life imprisoment; up to $250,000 fine; not less than 5 years up to life (SRT); $100 SA, and a $5,000 SA.

Cts. 2, 4 & 6: Between 15 years and life imprisonment; up to $250,000 fine; not less than 5 years up to life (SRT); $100 SA and a $5,000 SA.

Cts. 3 & 5: Between 10 years and life imprisonment; up to $250,000 fine; not less than 5 years up to life (SRT); $100 SA and a $5,000 SA.

☑ In Jail Patricia Madison Cope (Brazoria Cty Jail)

☐ On Bond

☑ No Arrest Deadrian Quincy Morrison, Malik Antoine Brown and Lincoln Dewayne Hussey

NAME & ADDRESS
of Surety:

PROCEEDINGS:

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.