UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: |
| v. | SEALED |
| MALIK ANTOINE BROWN AKA LEEK | G 16 - 017 |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  CRIMINAL INDICTMENT  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

MALIK ANTOINE BROWN AKA LEEK

☑ DETENTION
☐ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Galveston, Texas, on _November 9_, 20_16_.

_____
UNITED STATES MAGISTRATE JUDGE